**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

GERARD R. VETTER
Acting United States Trustee for Region Four,

      Movant

v.

WAJDA & ASSOCIATES P.C., WAJDA LAW
and RECOVERY LAW GROUP

and

THOMAS WATSON, ESQUIRE,

      Respondents.

_____

In re

DJIBRIL SORGHO                                      Case No. 23-33495-KLP
                                                    Chapter 7

      Debtor.

_____

**CONSENT ORDER ON UNITED STATES TRUSTEE'S**
**MOTION TO EXAMINE DEBTOR'S TRANSACTIONS WITH WAJDA &**
**ASSOCIATES, P.C., WAJDA LAW, THE RECOVERY LAW GROUP**
**AND THOMAS WATSON, ESQUIRE, AND FOR**
**RETURN OF ATTORNEY'S FEES, AND IMPOSITION OF**
**SANCTIONS AND § 526 (c) REMEDIES**

On May 22, 2024, the Court conducted a hearing on the United States Trustee's Motion

to Examine Debtor's Transactions with Wajda & Associates, P.C., Wajda Law, the Recovery

Kathryn R. Montgomery, AUST (VSB 42380)
Shannon Pecoraro, Esq. (VSB 46864)
Nisha R. Patel, Esq.  (VSB 83302)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

Law Group, and Thomas Watson, Esquire, and for Return of Attorney's Fees and Imposition of

Sanctions and § 526 (c) Remedies. ("Motion").  (ECF 40).  Having considered the Motion, the

Response of Wajda & Associates, P.C., Wajda Law, the Recovery Law Group, and Thomas

Watson, Esquire, ("Recovery Law Group") (ECF 45), and the statements of Recovery Law

Group and the United States Trustee at hearing, and the Court having found that that jurisdiction

over this case and matter is proper, venue is proper, this is a core proceeding, and that it is right

and just to do so, the Court hereby grants the Motion and, for the reasons stated on the record in

open court, it is therefore

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      Within twenty-one (21) days of entry of this Order, Recovery Law Group shall

refund $2,350.00 in fees to the debtor, Djibril Sorgho ("Debtor"), and shall provide the United

States Trustee with documentation of the refund satisfactory to the United States Trustee;

2.      Recovery Law Group is sanctioned in the amount of five hundred dollars

($500.00) for the inconvenience caused to the Debtor, which, within twenty-one (21) days of

entry of this Order, Recovery Law Group must pay to Debtor and must provide the United States

Trustee with satisfactory documentation of the payment;

3.      Recovery Law Group shall not file any bankruptcy cases in Bankruptcy Court for

the Eastern District of Virginia until and unless Debtor's Counsel complies with § 54.1-3902 of

the Code of Virginia and Part Six, Section IV, Paragraph 14 of the Rules of the Supreme Court

of Virginia and actually receives a Certificate of Registration from the Virginia State Bar;

4.      This Order solely resolves the United States Trustee's Motion;

5.      Nothing in this Order should be construed as any type of satisfaction or offset of

any sanctions or fee refund this Court may impose;

6.      Furthermore, nothing in this Order should be construed to affect any rights or causes of actions of the Debtor or other parties; and

7.      Service of the Motion on Debtor, Wajda & Associates, P.C., Wajda Law, Recovery Law Group, Thomas Watson, and the Chapter 7 Trustee in the case is sufficient.

The Clerk is directed to send electronic notifications of the entry of this Order to all registered users of the CM/ECF System that have appeared in this case and a copy to the Debtor and no further service shall be necessary.

DATED: __May 21 2024__          __/s/ Keith L Phillips__
                                UNITED STATES BANKRUPTCY JUDGE

                                Entered on Docket: __May 21 2024__

WE ASK FOR THIS:

GERARD R. VETTER

Acting United States Trustee for Region Four

By: _/s/ Kathryn R. Montgomery_
Kathryn R. Montgomery (VSB No. 42380)
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
(804)771-2310
Kathryn.Montgomery@usdoj.gov

WAJDA & ASSOCIATES, P.C.
WAJDA LAW
RECOVERY LAW GROUP
THOMAS M. WATSON, ESQUIRE

_/s/ ) Thomas M. Watson, with permission by email dated May 20, 2024_
Thomas M. Watson (VSB 41135)
Recovery Law Group
3213 Duke Street, #673
Alexandria, VA 22304
(703) 721-3363
twatson@recoverylawgroup.com

## CERTIFICATION

I hereby certify that this Order has been either served on or signed by all necessary parties.

/s/ Kathryn R. Montgomery
Kathryn R. Montgomery

## SERVICE LIST

Djibril Sorgho
7113 John Marshall Mews
Ruther Glen, VA 22546

Wajda & Associates, P.C.
Wajda Law
The Recovery Law Group
c/o Nicholas Wajda, APC
309 W. 11th Street
Anderson, IN 46016

Thomas M. Watson
Recovery Law Group
3213 Duke Street, #673
Alexandria, VA 22304

William A. Broscious, Trustee
P.O. Box 71180
Henrico, VA 23235

Kathryn R. Montgomery
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 23-33495-KLP

Djibril Sorgho                                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                           User: Stephanie                                    Page 1 of 2

Date Rcvd: May 21, 2024                        Form ID: pdford9                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

**Recip ID              Recipient Name and Address**
db                   +  Djibril Sorgho, 7113 John Marshall Mews, Ruther Glen, VA 22546-5811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

**Name                          Email Address**

Gerard R. Vetter
                                USTPRegion04.RH.ECF@usdoj.gov

Kathryn R. Montgomery
                                on behalf of U.S. Trustee Gerard R. Vetter Kathryn.Montgomery@usdoj.gov
                                june.e.turner@usdoj.gov;Nisha.R.Patel@usdoj.gov;Shannon.pecoraro@usdoj.gov;peggy.t.flinchum@usdoj.gov;shannon.m.tingle
                                @usdoj.gov

Shannon Pecoraro
                                on behalf of U.S. Trustee Gerard R. Vetter Shannon.pecoraro@usdoj.gov
                                june.e.turner@usdoj.gov;nisha.r.patel@usdoj.gov;shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov

Thomas Watson
                                on behalf of Debtor Djibril Sorgho twatson@recoverylawgroup.com  info@recoverylawgroup.com

William Anthony Broscious
                                wbroscious@wabtrustee.com  ecf.alert+Broscious@titlexi.com

District/off: 0422-7                               User: Stephanie                                 Page 2 of 2
Date Rcvd: May 21, 2024                       Form ID: pdford9                                Total Noticed: 1
TOTAL: 5